JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATHER ARMEN BAGRAMYAN, An individual, <br><br> Plaintiff, <br> v. <br><br> CITY OF LOS ANGELES, a public entity; OMAR RUIZ, an individual; and DOES 2 through 10, inclusive, <br><br> Defendants. | CASE NO.: CV-20-11060-CAS (AFMx) <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)** <br><br> *Hon. Christina A. Snyder – 8D, 1st Street* <br> *Mag. Alexander F. MacKinnon – 780 Roybal* <br><br> Action Filed: May 5, 2021 |

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice,

1

with each party bearing its own costs and Attorneys Fees.

Date:     November 9, 2022

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA